# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MILLIGAN,<br><br>    Petitioner,<br><br>  v.<br><br>FRANCISCO QUINTANA, Warden,<br><br>    Respondent. | Case No. CV 10-6538-JST (JEM)<br><br>**JUDGMENT** |

  In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: January 27, 2011

JOSEPHINE STATON TUCKER
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE